THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK PALUMBO, Appellant, against J. VERNEL JACKSON, as Warden of Clinton Prison, Respondent.

Submitted April 11, 1946; decided May 29, 1946.

*Allen M. Light* for appellant.

*Nathaniel L. Goldstein, Attorney-General (George A. Radz, Orrin G. Judd, Wendell P. Brown* and *Patrick H. Clune* of counsel), for respondent.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.